MARIE E. JACOBSON, Appellant, *v.* ELIZABETH SMITH et al., Respondents.

*Jacobson* v. *Smith,* 73 App. Div. 412, appeal dismissed.
(Argued November 12, 1902; decided December 2, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 30, 1902, which modified, and affirmed as modified, an order of Special Term denying a motion to vacate and set aside a sale of real property under a judgment in foreclosure.

*Charles F. Brown* for appellant.

*James MacGregor Smith* and *George W. Pearsall* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN and CULLEN, JJ. Absent: VANN, J.